# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# JASPER DIVISION

| | |
|---|---|
| **SHANNON WADE BRAY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 6:09-CV-1663-VEH-TMP |
| | ) |
| **SWANSON SERVICES CORPORATION,** | ) |
| | ) |
| **Defendant.** | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on December 1, 2009, recommending that this action be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). Although the plaintiff was advised of his right to file specific written objections within fifteen days, he has not responded to the report.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and hereby is **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, this action is due to be dismissed as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1). A Final Judgment will be entered.

**DONE** this the 4th day of January, 2010.

                                                                   */s/ Virginia Emerson Hopkins*
                                                          **VIRGINIA EMERSON HOPKINS**
                                                          United States District Judge